# Court of Appeals
# of the State of Georgia

ATLANTA, __April 23, 2014__

*The Court of Appeals hereby passes the following order:*

**A14D0303. IN THE INTEREST OF: A. M., J. P., AND N. P., CHILDREN (MOTHER)**

On January 24, 2014, the juvenile court terminated the mother's parental rights to A. M., J. P., and N. P, her minor children. The mother filed this application for discretionary appeal on March 27, 2014. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order at issue. OCGA § 5-6- 35 (d). A party's failure to meet this statutory deadline deprives us of jurisdiction to consider the application. See *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Here, the mother filed her application 62 days after the juvenile court issued the order terminating her parental rights. Accordingly, this untimely application for appeal is *DISMISSED* for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/23/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*